

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00093-CV

---

WESTERN MARKETING, INC. AND TODD PITTS, APPELLANTS

V.

AEG PETROLEUM, LLC, APPELLEE

---

On Appeal from the 251st District Court
Potter County, Texas
Trial Court No. 108927-C-CV, Honorable Ana Estevez, Presiding

---

March 18, 2021

## OPINION ON MOTIONS FOR REHEARING

Before QUINN, C.J., and PARKER, and HATCH,[1] JJ.

Pending before the court are cross-motions for rehearing. We grant that of appellants Western Marketing, Inc., and Todd Pitts to the extent it seeks remand of the question regarding attorney's fees, court costs, and sanctions. We deny that of AEG Petroleum, LLC. So too do we modify our original opinion and judgment to the extent that we affirmed that portion of the trial court's order denying appellants' request for attorneys' fees, costs of court, and sanctions sought pursuant to Texas Civil Practice and Remedies

---

[1] Honorable Les Hatch, Judge, 237th District Court, sitting by assignment.

Code, sections 27.009(a)(1) and (2). We reverse that part of the trial court's order as well and remand to the trial court the question of awarding such fees, costs, and sanctions in accordance with those statutory provisions. *See D Magazine Partners, L.P. v. Rosenthal,* 529 S.W.3d 429, 442 (Tex. 2017); *see also Mesquite Servs., LLC v. Standard E & S, LLC,* 610 S.W.3d 548, 566 (Tex. App.—Amarillo 2020, pet. filed).

Brian Quinn
Chief Justice